THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JERIMIAH TOWNSEND, Defendant-Appellant.

(No. 60110;

First District (5th Division)—March 14, 1975.

Opinion by Mr. JUSTICE DRUCKER.

James J. Doherty, Public Defender, of Chicago (Dale W. Broeder and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Thomas D. Rafter, Assistant State's Attorneys, of counsel), for the People.